UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) Case No. 3:09-00218 |
| v. | ) |
| | ) JUDGE KNOWLES |
| BABAK NIKOULNEJAD | ) |
| | ) |

**ORDER**

This matter comes before the Court on the Government's Motion to Unseal the Indictment as to Babak Nikoulnejad only. It is hereby ordered that:

The Motion is granted.

_____
HONORABLE E. CLIFTON KNOWLES
UNITED STATES MAGISTRATE JUDGE

Dated: 11/30/12