# UNITED STATES DISTRICT COURT

| MIDDLE | District of | TENNESSEE |
|---|---|---|

UNITED STATES OF AMERICA

V.

**ORDER OF TEMPORARY DETENTION
PENDING HEARING PURSUANT TO
BAIL REFORM ACT**

BABAK NIKOUINEJAD
*Defendant*

Case       No. 3:09-00218

Upon motion of the _____ Government _____ , it is ORDERED that a

detention hearing is set ___ Thursday, Dec. 13, 2012 ___ * at ___ 1:00 p.m., Arraignment is set for same time
                                           *Date*                                                     *Time*

before _____ **the Honorable Juliet Griffin, U.S. Magistrate Judge** _____
                                    *Name of Judicial Officer*

_____ in Courtroom No.764 , U.S. Courthouse, 801 Broadway, Nashville _____
                                    *Location of Judicial Officer*

Pending this hearing, the defendant shall be held in custody by (the United States marshal) _____

_____ and produced for the hearing.
                          *Other Custodial Official*

Date: _____ December 6, 2012 _____           _____ *Juliet Griffin* _____
                                                                                                          *Judicial Officer*

cc: AUSA Little/Cook
    Russell Thomas, Esq.
    Probation
    Marshal

---

*If not held immediately upon defendant's first appearance, the hearing may be continued for up to three days upon motion of the Government, or up to five days upon motion of the defendant. 18 U.S.C. § 3142(f)(2).

A hearing is required whenever the conditions set forth in 18 U.S.C. § 3142(f) are present. Subsection (1) sets forth the grounds that may be asserted only by the attorney for the Government; subsection (2) states that a hearing is mandated upon the motion of the attorney for the Government or upon the judicial officer's own motion if there is a serious risk that the defendant (a) will flee or (b) will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate, or attempt to threaten, injure, or intimidate a prospective witness or juror.