UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 3:09-cr-00218-2 |
| | ) | Chief Judge Haynes |
| BABAK NIKOUINEJAD | ) | |

## MOTION TO SUBSTITUTE COUNSEL

COMES NOW the Defendant, **Babak Nikouinejad**, by and through his undersigned counsel, Peter J. Strianse, Esq., and hereby moves this Court for the entry of an Order substituting Peter J. Strianse as counsel of record for Defendant Nikouinejad and relieving Russell F. Thomas, Esq., of other or further responsibility in this cause. In support hereof, Defendant states as follows:

1. Russell F. Thomas was originally retained to represent Mr. Nikouinejad in this criminal action.

2. On March 4, 2013, undersigned counsel was retained by Mr. Nikouinejad's family to represent him in this matter.

3. After conferring with Mr. Thomas, it was agreed, subject to the Court's approval, that undersigned counsel would relieve Mr. Thomas of further representation of Mr. Nikouinejad. Mr. Thomas has authorized undersigned counsel to report that he has no objection to this proposed substitution.

4. Undersigned counsel filed his *Notice of Appearance* on March 5, 2013.

**WHEREFORE**, based on the foregoing, Defendant Nikouinejad respectfully requests that this Honorable Court enter an Order substituting Peter J. Strianse as counsel of record.