UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 3:09-cr-00218-2 |
| | ) | Chief Judge Haynes |
| BABAK NIKOUINEJAD | ) | |

NOTICE OF INTENT TO ENTER PLEA OF GUILTY AND MOTION TO SET CHANGE OF PLEA HEARING

COMES NOW the Defendant, **Babak Nikouinejad**, by and through his undersigned counsel, and hereby gives *Notice* to the Court that Mr. Nikouinejad intends to enter a plea of guilty pursuant to a plea agreement with the United States. Defendant Nikouinejad respectfully request that the Court set this case for a change of plea hearing.

Respectfully submitted,

TUNE, ENTREKIN & WHITE, P.C.
315 Deaderick Street
Regions Center, Suite 1700
Nashville, Tennessee 37238
(615) 244-2770

By: /s/: Peter J. Strianse
    PETER J. STRIANSE
    Attorney for Defendant Nikouinejad