| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 3:09-cr-000218 |
| v. ) | |
| ) | JUDGE HAYNES |
| BABAK NIKOUINEJAD ) | |

*[Handwritten: Joint Motion to Continue is GRANTED. [signature] 8-27-13]*

## JOINT MOTION TO CONTINUE SENTENCING HEARING

The Parties hereby jointly move this Honorable Court for an order continuing the sentencing hearing that is presently set for Friday, September 6, 2013 at 3:00 p.m. In support of their motion, the Parties state the following:

The Government's undersigned counsel is scheduled to be out of town on September 6, 2013, for a very important matter. Defendant Nikouinejad's sentencing will require a Government attorney that is very familiar with the long and intricate facts of the instant case. It would take several days, if not weeks, to familiarize another Government attorney with the facts of the instant complex conspiracy. The Government has consulted with Defense Counsel and he does not oppose the continuance.

In sum, the Parties move this Honorable Court to continue the sentencing hearing in this matter.

Respectfully submitted,

DAVID RIVERA
Acting United States Attorney
Middle District of Tennessee

s/ *Blanche B. Cook*
BLANCHE B. COOK
Assistant United States Attorney